1  AARON M. CLEFTON, ESQ., Bar No. 318680
   *info@reincleftonlaw.com*
2  PAUL L. REIN, ESQ., Bar No. 43053
   REIN & CLEFTON, Attorneys at Law
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  510.832.5001
   Facsimile:  510.832.4747
5

6  IRAKLI KARBELASHVILI, ESQ., Bar No. 302971
   *irakli@allaccesslawgroup.com*
7  ALLACCESS LAW GROUP
   1400 Coleman Ave., Ste. F28
8  Santa Clara, CA  95050
9  Telephone:  408.295.0137
   Facsimile:  408.295.0142
10

11  *Attorneys for Plaintiff*
    JAMES ALGER
12

13          **IN THE UNITED STATES DISTRICT COURT**

14            **CENTRAL DISTRICT OF CALIFORNIA**

15

16

17

18

19  JAMES ALGER,                          Case No.: 2:23-cv-01040-JLS-MAR

20          Plaintiff,

21      v.                                **NOTICE OF SETTLEMENT IN**
                                          **PRINCIPLE**
22  METANOVA, LLC, FKA HAZENS
    INVESTMENT, LLC; PYRAMID
23  GLOBAL HOSPITALITY,

24          Defendants.

25

26

27

28

PLEASE TAKE NOTICE that the parties here have reached a settlement in principle. Plaintiff expects that dismissal documents will be filed with the Court within forty-five (45) days.

Respectfully submitted,

Dated:  May 29, 2023          **ALLACCESS LAW GROUP**

By:  _/s/_ Irakli Karbelashvili
         IRAKLI KARBELASHVILI

*Attorneys for Plaintiff*
JAMES ALGER