AARON M. CLEFTON, ESQ., Bar No. 318680
*info@reincleftonlaw.com*
PAUL L. REIN, ESQ., Bar No. 43053
**REIN & CLEFTON, Attorneys at Law**
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  510.832.5001
Facsimile:   510.832.4747

*Attorneys for Plaintiff*
JAMES ALGER

IRAKLI KARBELASHVILI, ESQ., Bar No. 302971
*irakli@allaccesslawgroup.com*
**ALLACCESS LAW GROUP**
1400 Coleman Ave., Ste. F28
Santa Clara, CA  95050
Telephone:  408.295.0137
Facsimile:   408.295.0142

*Attorneys for Plaintiff*
JAMES ALGER

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALGER,<br><br>      Plaintiff,<br><br>     v.<br><br>METANOVA, LLC, FKA HAZENS INVESTMENT, LLC; PYRAMID GLOBAL HOSPITALITY,<br><br>      Defendants. | Case No.: 2:23-cv-01040-WLH-MAR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

1

PLEASE TAKE NOTICE that JAMES ALGER dismisses this action in its entirety with prejudice in accordance with Fed. R. Civ. P. (a)(1)(A)(i). Defendants METANOVA, LLC, FKA HAZENS INVESTMENT, LLC and PYRAMID GLOBAL HOSPITALITY have filed neither an answer nor a motion for summary judgment.

Dated:  June 30, 2023

**REIN & CLEFTON**
**ALLACCESS LAW GROUP**

By:    /s/ Irakli Karbelashvili
        IRAKLI KARBELASHVILI

*Attorneys for Plaintiff*
JAMES ALGER